## FOIA Request Submission

**Josh Paul** <jpaul@dawnmena.org>  Tue, May 28, 2024 at 10:08 AM
To: foiarequest@state.gov

Via Email: foiarequest@state.gov

U.S. Department of State

Office of Information Programs and Services

2201 C Street, NW

Washington, DC 20520

28 May 2024

Re: Freedom of Information Act Request in Connection with Leahy Law Enforcement

Dear FOIA Officer,

This is a request for disclosure of documents under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, and State Department regulations relating to FOIA requests, 22 C.F.R. §§ 171.10-171.18. It is also a request for or a reduction or waiver of fees under 22 C.F.R. §§ 171.16.

This request is submitted by Democracy for the Arab World Now ("DAWN"), a U.S. based nonprofit organization that supports democracy and human rights in the Middle East and North Africa ("MENA"). DAWN is committed to building a world where the human rights, liberty, and dignity of every person in the Middle East and North Africa are upheld by democratically elected governments, safeguarded by independent institutions and civil society organizations, and supported by international governments and institutions. DAWN conducts research and publishes analyses concerning political developments and the impact of U.S. foreign policy in the MENA region.

1. **Background**

DAWN submits this request in connection with a study it is currently conducting of the State Department's enforcement of the Leahy Laws, particularly the Leahy Amendment to the Foreign Assistance Act, codified at 22 U.S.C. §2378d (Section 620M of the FAA). Under this provision, the Department is obligated to bar the provision of military assistance to any unit of foreign security forces if there is credible information of the unit's involvement in gross violations of human rights (GVHR). This law requires the Department to collect information and thoroughly scrutinize all foreign security units that receive U.S. aid for potential human rights abuses, and requires the Secretary of State to report to the appropriate congressional committees if a government is taking steps to bring responsible members of a violating unit to justice.

## 2. Requested Records

I respectfully request the Department to provide copies of all documents (including memoranda, email, meeting records, reports, or other communication preserved in any medium) held by (a) the Bureau of Political-Military Affairs (PM); (b) the Bureau of Democracy, Human Rights and Labor (DRL); (c) the Bureau of Near Eastern Affairs (NEA); or, (d) Office of the Legal Advisor (L), that contain any of the following keywords:

- "Israel Leahy Vetting Forum" and/or "ILVF"
- Israel and Leahy
- Israel and Extrajudicial Killing
- Israel and GVHR
- Israel and "Gross Violations of Human Rights"
- "Israel" and "MPCID"
- Israel and Remediated
- Israel and Unremediated
- "Omar Assad"
- "Yehuda Fox"
- "Shireen Abu Akleh"
- "Eyad al-Hallaq"
- "Ahmad 'Abdu"
- "Sanad Salem al-Harbad"
- "Ahmad Jameel Fahad"
- "Givara Budeiri"
- "Mahmoud Shaalan"
- "Muhammad Majed Fadel Baker"
- "Jana Kiswani"
- "Fayez Buroan"
- "Muhammad Habali"
- "Hanan Mahmoud Khdour"
- "Adel Ibrahim Daoud"
- Minkovsky
- Gimpelson

As well as, all submissions made to the State Department Human Rights Reporting Gateway (https://hrgshr.state.gov/en/) involving units of the Israeli security forces.

This request is limited to documents created between 1 January 2018 and the present.

### 3. Fee Waiver Request

DAWN requests a waiver or limitation of all search, review and duplication fees associated with this request because disclosure of the information "is likely to contribute significantly to public understanding of the operations or activities of the government and is not primarily in the commercial interest of the requester." 5 U.S.C. § 552(a)(4)(A)(iii).

Under State Department regulations, DAWN qualifies for a waiver as a non-commercial scientific institution because it is "not operated on a 'commercial' basis" and is operated "for the purpose of conducting scientific research the results of which are not intended to promote any particular product or industry." 22 CFR § 171.16. DAWN is a 501(c)(3) organization that seeks this information in carrying out its research and public education mission and not for any commercial purpose. Disclosing the requested information is in the public interest because it will contribute significantly to public understanding of the operations or activities of the government.

DAWN also qualifies for a waiver as a representative of the news media because it "gathers information of potential interest to a segment of the public, uses its editorial skills to turn the raw materials into a distinct work, and distributes that work to an audience." 22 CFR § 171.16. DAWN disseminates information broadly to the public, scholars, and the media. It distributes research, analyses, and policy proposals to a national audience through traditional media and social media platforms. In this case, DAWN will be publishing both its analyses of records obtained from the State Department and the records themselves, for the benefit of citizens, scholars, and others. The disclosure sought by this FOIA request will enhance public understanding of State's actions on matters of intense public interest and, again, will contribute significantly to public understanding of the operations or activities of the government.

### 4. Response Requested in 20 Days

Your attention to this request is appreciated. This request is being made on behalf of an organization primarily engaged in disseminating information, and its release is a matter of current exigency to the American public given current U.S. policies and practices regarding U.S. grant security assistance to the Israeli security forces. As such, I anticipate your determination concerning this request within twenty (20) working days pursuant to 22 C.F.R. § 171.11(e), and your processing of this request in compliance with the Attorney General's FOIA Guidelines, https://tinyurl.com/4duy4r5k. Also, if our request for a fee waiver is not granted in full, please contact me immediately at the email address below upon making such a determination.

DAWN welcomes production on an agreed rolling basis to accelerate the release of responsive records. To the extent possible, please provide responsive records in an

electronic format by email; alternatively, provide responsive records on a USB drive in native or PDF format sent to DAWN, 491 Pacific St, Brooklyn, NY 11217

If this FOIA request is denied in whole or in part, I respectfully request that the Department provide a reasonable description of any withheld materials, and a justification for the withholding of such materials, including a reference to the FOIA exemption (or other legal authority) supporting the withholding. See 5 U.S.C. § 552(a)(6)(A)(i); 22 C.F.R. § 171.11(l).

This request has been concurrently submitted to the Public Access Link (PAL) portal

Should you have any questions regarding this request, please contact me by email at your earliest convenience. Thank you for your assistance.

Sincerely,

/s/

Josh Paul
DAWN
491 Pacific St
Brooklyn, NY 11217
Email: JPaul@dawnmena.org

--
Josh Paul
Consultant
DAWN
Phone/WhatsApp/Signal:
www.dawnmena.org
LinkedIn: https://www.linkedin.com/in/josh-paul-DC



CONFIDENTIALITY NOTICE: This email is intended only for the exclusive use of the individuals to whom it is addressed and may contain information that is privileged and confidential, the disclosure of which is prohibited by law. If you have received this communication in error, please do not distribute and delete the original message. Please notify the sender by email at the address shown.

---

**Ref: F-2024-11995**

---

foiastatus@state.gov <foiastatus@state.gov>　　　　　　　　　　　　　　　Tue, May 28, 2024 at 10:07 AM
To: jpaul@dawnmena.org

Dear Josh Paul:

Thank you for filing your information access request to the U.S. Department of State. Your request number is F-2024-11995.

You will receive a formal acknowledgement to your request in no later than 10 working days. If the Department requires additional information from you, then you will also be notified.

Should you have any questions about your request, you may also contact us at:

FOIAStatus@state.gov


Regards,
Requesters Communications Branch
Office of Information Programs and Services
U.S. Department of State

## Status Update for Request #F-2024-11995 with U.S. Department of State

**foiastatus@state.gov** <foiastatus@state.gov>  
To: jpaul@dawnmena.org

Tue, May 28, 2024 at 10:07 AM

Dear Josh Paul,

The status of your FOIA request #F-2024-11995 has been updated to the following status 'Received'. To learn more, please log into the DoS FOIA Portal via the Application URL below.

https://pal.foia.state.gov

Regards,  
U.S. Department of State

## Ref: F-2024-11995, Freedom of Information Act Acknowledgement

**A_FOIAacknowledgement@groups.state.gov** <A_FOIAacknowledgement@groups.state.gov>  
To: jpaul@dawnmena.org

Tue, Jun 18, 2024 at 7:18 AM

*THIS EMAIL BOX IS NOT MONITORED, PLEASE DO NOT REPLY TO THIS EMAIL.**

Dear Mr. Paul:

This email acknowledges receipt of your May 28, 2024, Freedom of Information Act (FOIA) (5 U.S.C. § 552) request received by the U.S. Department of State, Office of Information Programs and Services on May 28, 2024.

You are seeking a copy of all documents (including memoranda, email, meeting records, reports, or other communication preserved in any medium) held by (a) the Bureau of Political-Military Affairs (PM); (b) the Bureau of Democracy, Human Rights and Labor (DRL); (c) the Bureau of Near Eastern Affairs (NEA); or, (d) Office of the Legal Advisor (L), that contain any of the following keywords: "Israel Leahy Vetting Forum" and/or "ILVF" Israel and Leahy Israel and Extrajudicial Killing Israel and GVHR Israel and "Gross Violations of Human Rights" "Omar Assad" "Yehuda Fox" "Shireen Abu Akleh" "Eyad al-Hallaq" "Ahmad 'Abdu" "Israel" and "MPCID" "Sanad Salem al-Harbad" "Ahmad Jameel Fahad" "Givara Budeiri" Israel and Remediated Israel and Unremediated "Muhammad Majed Fadel Baker" "Jana Kiswani" "Fayez Buroan" "Muhammad Habali" "Hanan Mahmoud Khdour" "Adel Ibrahim Daoud" Minkovsky Gimpelson As well as, all submissions made to the State Department Human Rights Reporting Gateway (https://hrgshr.state.gov/en/) involving units of the Israeli security forces. This request is limited to documents created between 1 January 2018 and the present. (Date Range for Record Search: From 1/1/2018 To 5/28/2024)". Unless you advise otherwise, we will treat as non-responsive any compilations of publicly available news reports and any publicly available documents not created by the U.S. government, such as mass-distribution emails from news media. This Office assigned your request the subject reference number and placed it in the complex processing track where it will be processed as quickly as possible. See 22 CFR § 171.11(h).

This Office will not be able to respond within the 20 days provided by the statute due to "unusual circumstances." See 5 U.S.C. § 552(a)(6)(B)(i)-(iii). In this instance, the unusual circumstances include the need to search for and collect requested records from other Department offices or Foreign Service posts.

If you have any questions regarding your request, would like to narrow the scope or arrange an alternative time frame to speed its processing, or would like an estimated date of completion, please contact our FOIA Requester Service Center or our FOIA Public Liaison by email at FOIAstatus@state.gov or telephone at 202-261-8484. Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National

Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, email at ogis@nara.gov ; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

**THIS EMAIL BOX IS NOT MONITORED, PLEASE DO NOT REPLY TO THIS EMAIL.**

# Exhibit 4

**Request Details**

| Request # | Received Date | Estimate Delivery Date | Fee Due | Status |
|---|---|---|---|---|
| F-2024-11995 | 05/28/2024 | 07/11/2024 | 0.00 | In Process |

---------- Forwarded message ---------
From: **Josh Paul** <jpaul@dawnmena.org>
Date: Tue, Aug 13, 2024 at 3:22 PM
Subject: Re: Ref: F-2024-11995
To: <foiastatus@state.gov>

To whom it may concern,

I am writing to seek an update on the estimated delivery date for case F-2024-11995. The date provided for estimated delivery in the system is July 11, 2024, which has passed.

Many thanks for your update in this regards,

Josh

On Tue, May 28, 2024 at 10:07 AM <foiastatus@state.gov> wrote:

> Dear Josh Paul:
>
> Thank you for filing your information access request to the U.S. Department of State. Your request number is F-2024-11995.
>
> You will receive a formal acknowledgement to your request in no later than 10 working days. If the Department requires additional information from you, then you will also be notified.
>
> Should you have any questions about your request, you may also contact us at:
>
> FOIAStatus@state.gov
>
>
> Regards,
> Requesters Communications Branch
> Office of Information Programs and Services
> U.S. Department of State