UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAWN,

        Plaintiff,

        v.

DEPARTMENT OF STATE,

        Defendant.

Civil Action No. 24-2521 (RC)

**JOINT STATUS REPORT**

Pursuant to this Court's Minute Order (Nov. 25, 2024), Plaintiff DAWN and Defendant Department of State, by and through undersigned counsel, respectfully file this Joint Status Report ("JSR") in this case under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

Plaintiff requested that Defendant run all the search terms against the deduplicated universe of potentially responsive records to determine a breakdown of hits for each search term. Defendant provided Plaintiff the information requested, and Plaintiff has agreed to narrow the search term portion of its request to the following terms: "Adel Ibrahim Daoud" "Mahmoud Shaalan" "Fayez Buroan" Minkovsky Gimpelson "Ahmad Jameel Fahad" "Sanad Salem al-Harbad" "Muhammad Habali" "Hanan Mahmoud Khdour" "Jana Kiswani" "Muhammad Majed Fadel Baker" "Eyad al-Hallaq" "Givara Budeiri" "Ahmad 'Abdu" "Israel" and "MPCID" Israel and Unremediated "Yehuda Fox" "Omar Assad." The parties continue to confer about the processing and release of records, and propose that the Court direct them to file an additional JSR by February 20, 2025.

\* \* \*

Dated: December 20, 2024

/s/ Merrick Wayne
Matthew Topic, D.C. Bar No. IL0037
Merrick Wayne, D.C. Bar No. IL0058
Stephen Stich Match, D.C. Bar No. MA0044
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
(Tel:) 312-243-5900
foia@loevy.com

*Attorneys for Plaintiff*

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar #481052

BRIAN P. HUDAK
Chief, Civil Division

By: /s/ Bradley G. Silverman
BRADLEY G. SILVERMAN
Assistant United States Attorney
D.C. Bar #1531664
601 D Street NW
Washington, DC 20530
(202) 252-2575
bradley.silverman@usdoj.gov

*Attorneys for the United States of America*

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAWN,<br><br>      Plaintiff,<br><br>      v.<br><br>DEPARTMENT OF STATE,<br><br>      Defendant. | Civil Action No. 24-2521 (RC) |

### **[PLAINTIFF'S PROPOSED] ORDER**

UPON CONSIDERATION of the parties' Joint Status Report, it is hereby

ORDERED the parties shall file another Joint Status report on or before November 21, 2024.


SO ORDERED:

_____         _____
Dated                                                                          United States District Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAWN,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>DEPARTMENT OF STATE,<br><br>　　　　Defendant. | Civil Action No. 24-2521 (RC) |

## [DEFENDANT'S PROPOSED] ORDER

Upon consideration of the parties' Joint Status Report, it is hereby ORDERED the parties shall file another Joint Status Report on January 22, 2025, and every three months thereafter.

SO ORDERED.

_____                    _____
Dated                                                                                  RUDOLPH CONTRERAS
                                                                                              United States District Judge